IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:12MJ437 |
| | ) | |
| CHRISTOPHER M. CARTER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
(Driving Under Revocation)

On or about September 24, 2012, at the Petersburg National Battlefield Park, Virginia, property administered by the Department of Interior, in the Eastern District of Virginia, and within the jurisdiction of this court, and being a place within the special territorial jurisdiction of the United States, the defendant CHRISTOPHER M. CARTER, JR. was found operating a motor vehicle on the highways of Virginia after his license and privilege to operate a motor vehicle had been suspended.

(In violation of Title 18, United States Code, Section 13, assimilating 1950 Code of Virginia, section 46.2-301).

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
N. George Metcalf
Assistant United States Attorney