MISDEMEANOR PROCEEDINGS

DATE: 10/30/12

JUDGE: Lauck

INTERPRETER: ___

CASE NO. 12MJ437

TAPE: FTR

UNITED STATES OF AMERICA

v.

Christopher M. Carter

Initial/preliminary hearing ( )
Arraignment/trial (✓)
Probation/Identity ( )
Rule 5(a) Bond Hearing ( )
Sentencing ( )
Other ___ ( )

Witness(es): ___

AUSA: N. George Metcalf

Counsel: ___

ARRAIGNMENT PROCEEDINGS:
- [✓] Statement of rights and waiver, executed
- [ ] Financial Affidavit, submitted for approval
- [ ] CJA counsel to be appointed
- [ ] Govt's motion to amend Ct. __ to ___, Granted
- Deft. Entered plea of ___
- [ ] Deft. Waived/requested trial by jury
- [ ] Deft. Failed to appear
- [✓] Govt's motion to dismiss  violation 3/7/1998

- [✓] Deft. Advised of charges/penalties/rights
- [ ] Govt/Deft's motion for continuance, Granted
- [ ] Govt's motion for warrant, granted Pending finding of probable cause ___, Granted

TRIAL PROCEEDINGS:
- ___ Opening Statements
- ___ Govt. adduced evidence, rested
- ___ Deft adduced evidence, rested
- ___ Rebuttal evidence
- ___ Closing Arguments
- ___ Findings stated from the bench
- Judgment: ___ Not guilty as to Counts ___
  ___ Guilty as to Counts ___

___ Witness excluded on motion of ___

Case set: ___  Began: ___  Ended: ___  Time in Court: ___

GUILTY PLEA PROCEEDINGS:

Deft. Withdrew plea of not guilty as to Counts _____ ( )
Deft. Arraigned/rearraigned on Count(s) _____ 1 _____ (✓)
Plea Bargain Agreement, filed ( )
Statements of facts, filed     ( )  Used as summary  ( )
Deft entered plea of guilty as to Count (s) _____ 1 _____ (✓)
Court accepted plea (✓)  Govt. summarized evidence _____ (✓)
Judgment: Deft. Guilty as charged in Count(s) _____ 1 _____ (✓)
Presentence Report Order ( )   P.S.I. waived (✓)

SENTENCE:
Count __1__   Imprisonment _____ days/months  Concurrent ( ) Consecutive ( )
                    ( ) Time served _____
              Credit for time served on this charge ( )
              Supervised release _____ months/years
              Probation _____ months
              Fine $ __150/25__  ( ) Fine not imposed
              Special Assessment $ 25

Count _____   Imprisonment _____ days/months  Concurrent ( ) Consecutive ( )
              Supervised release _____ year(s)
              Probation _____ year(s)  concurrent ( )
              Fine $ _____  ( ) fine not imposed
              Special Assessment $ _____

Count _____   Imprisonment _____ days/months  Concurrent ( ) Consecutive ( )
              Supervised release _____ year(s)
              Probation _____ months
              Fine $ _____  ( ) fine not imposed
              Special Assessment $ _____

SPECIAL CONDITIONS: Probation/supervised release:
____ (2) incur no new credit without approval of probation officer
____ (4) Peform community service _____ hours during period of supervision
____ (6) participate in drug/alcohol treatment; ____ pay cost of treatment
____ (7) participate in mental health treatment; ____ pay cost of treatment
         _____ participate in anger management
____ (9) participate in home confinement program for ) _____ with monitoring
         ____ permitted to work, attend church or other approved activities
         ____ maintain telephone without special features; no cordless phone
         ____ pay costs of electronic monitoring
____ ( ) Serve intermittent confinement for a period of _____ DAYS ( ) to be served on weekends;
         ( ) to be served as directed by the Probation Officer
____ (10) Motor vehicle restriction
for _____
____ (15) Provide Probation officer with access to financial information
____ ( ) Defendant's vehicle to be equipped ignition interlock device for _____

Other:
_____
_____
_____

____ Motions filed within ___ days                ____ Responses within _____ days
____ Reply within ____ days                       ____ Jury instructions filed 7 days prior to trial

License suspended for  1  (day(s))/year           _____ ASAP
Effective   10/31/11

____ Restricted License:
____ To and from Work                             _____ ASAP
____ during work, if required                     _____ probation
____ necessary medical                            _____ to jail
____ transport children
_____                                            _____
                                                  _____

Fine to be paid by _____, 20 ____

Restitituion: $ _____
To:
_____
_____
_____

Defendant advised of right of appeal within 14 days ( ✓ )

Continued to _____, 20____ at _____ ____.M. for _____

____ Defendant released on PR bond               ____ Defendant continued on bond
____ Defendant remanded to custody               ____ Defendant directed to appear

OL   4
CH   I
GR   0-6
Fine $250   to $ 5000